UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT RAY SAYNE,

    Plaintiff,

v.                                                        No.:   3:07-cv-190
                                                                         (VARLAN/GUYTON)

GRAINGER COUNTY SHERIFF'S DEPT., et al.,

    Defendants.

## MEMORANDUM

In this case, the court received an affidavit in which plaintiff complained of numerous conditions of his confinement in the Grainger County, Tennessee, Jail. In a letter accompanying his pleadings, plaintiff asked the court to either appoint counsel to assist him in properly filing a complaint or to provide him with the necessary forms for filing a complaint. Plaintiff's request for appointment of counsel was denied and the Clerk was directed to send plaintiff the forms for filing a complaint for violation of civil rights pursuant to 42 U.S.C. § 1983. Plaintiff was advised that the court would hold the case in abeyance for thirty (30) days pending receipt of the completed complaint form.

A copy of the court's order and the § 1983 complaint forms were sent to plaintiff on June 19, 2007.[1] More than thirty (30) days have passed, and plaintiff has failed to return the completed complaint form or otherwise respond to the order of this court. Therefore, this

---

[1] The documents were originally mailed on June 13, 2007. On June 18, 2007, the court received a notice of change of address from plaintiff, and the documents were then mailed to plaintiff again, on June 19, 2007, at his new address.

action will be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute and to comply with the orders of this court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24.

    **AN APPROPRIATE ORDER WILL ENTER.**

    s/ Thomas A. Varlan
    UNITED STATES DISTRICT JUDGE